UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN TYLER TOS,<br><br>       Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendants. | No.  1:25-cv-1721-GSA<br><br>ORDER OF REMAND PURSUANT TO STIPULATION UNDER SENTENCE FOUR OF 43 U.S.C. § 405(G) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

As stipulated (ECF No. 14) this action is **remanded** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The Clerk is **directed** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

The Clerk is **directed** to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   **March 29, 2026**              **/s/ Gary S. Austin**
                            UNITED STATES MAGISTRATE JUDGE