UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOGAN TYLER TOS,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendants.

No.  1:25-cv-1721-GSA

**ORDER GRANTING EAJA FEES**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, IT IS **ORDERED** that fees and expenses in the amount of $8,750.00 as authorized by 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation (ECF No. 17).

IT IS SO ORDERED.

Dated:   **April 16, 2026**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

1